## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alejandro Ramirez Padilla,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>John E. Cantu, *et al.*,<br><br>　　　　　　Respondents. | No. CV-26-01167-PHX-JJT (JZB)<br><br>**ORDER** |

　　　　Petitioner challenged his present immigration detention, arguing he was detained without an individualized custody determination. (Doc. 1.) The Court directed Respondents to respond to the Petition. (Doc. 4.) Respondents' response stated "Respondents do not oppose Petitioner's release from custody at this time." (Doc. 8.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition.

　　　　**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted**.

　　　　**IT IS FURTHER ORDERED** Respondents must immediately release Petitioner from custody under the same conditions that existed before his detention.

　　　　**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within two business days of Petitioner's release.

///

///

1
2
3
4
5
6
...
28

     **IT IS FINALLY ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

     Dated this 10th day of March, 2026.

<em>[signature]</em><br>
Honorable John J. Tuchi<br>
United States District Judge